| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Acting Legal Officer |
|   | Matthew McNease |
| 3 | Acting Legal Officer |
|   | NATIONAL PARK SERVICE |
| 4 | Legal Office |
|   | P.O. Box 517 |
| 5 | Yosemite, California  95389 |
|   | Telephone:  (209) 372-0241 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:14-MJ-062-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| MICAH JAMES OLEXA, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

Dated:  November 3, 2014        NATIONAL PARK SERVICE

   /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Micah James Olexa,* 6:14-mj-062-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   November 3, 2014          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE